UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE

Two's Company Restaurant & Lounge, LLC,            Case No.   21-12177
                                                   Chapter 11 Sub. V

        Debtor-In-Possession.

## ORDER ON MOTION FOR DETERMINATION OF SECURED STATUS AND LIEN AVOIDANCE OF GREEN CAPITAL FUNDING, LLC

UPON THE Motion for Determination of Secured Status and Lien Avoidance of Green Capital Funding, LLC, filed by the Debtor-In-Possession, Two's Company Restaurant & Lounge, LLC, through its attorney, George B. Goyke of Goyke & Tillisch, LLP, and upon notice being duly given as shown by the affidavit of mailing on file; and upon no objection having been filed;

IT IS HEREBY ORDERED that the lien of Green Capital Funding, LLC is completely unsecured and voided under 11 USC 506(d) of the United States Bankruptcy Code.

#####