# Two's Company Plan Calculations

| | Claim amt | Plan amt / filed status | Amortization term | Interest Rate | Payment | Special |
|---|---|---|---|---|---|---|
| Tom Riordan | $316,014.05 | $201,160.00 | 12 years | 5% | $1,860.51 | |
| IRS secured | $22,371.21 | $22,371.21 | 5 years | 0% | $372.85 | determine unsecured priority |
| IRS priority | $2,781.94 | $2,781.94 | 5 years | 0% | $46.37 | |
| DOR priority | $57,084.89 | $57,084.89 | 5 years | 0% | $951.41 | determine unsecured priority |
| Rapid Financial Services | $20,036.60 | sec. | | | | lien avoided |
| Sound Garden | not filed | lien avoid | | | | lien avoid |
| Green Capital | not filed | lien avoid | | | | lien avoid |
| City of Mosinee | $19,821.32 | u/s | | | | |
| JL Services | $8,127.44 | u/s | | | | |
| US Food | $30,170.56 | u/s | | | | |
| Tom Riordan | $114,854.05 | u/s | | | | undersecured portion |
| IRS unsecured | $1,007.22 | u/s | | | | |
| DOR unsecured | $219.44 | u/s | | | | |
| US Bank | $4,938.47 | u/s | | | | |
| Merrill Distributing | $6,579.56 | u/s | | | | |
| Modern Builders | $11,066.68 | u/s | | | | late filed |

| | | |
|---|---|---|
| Filed Unsecured (incl lien avoided) | $205,754.66 | |
| Late Unsecured | $11,066.68 | |
| Priority (incl. filed secured) | $82,238.04 | |
| First year monthly plan payments | | $4,229.50 |
| Second year monthly plan payments | | $4,752.08 |
| Third year monthly plan payments | | $5,310.08 |

Admin
atty          est. 22,500
Sub V trustee est. 2500

EXHIBIT
3
tabbies