

Two's Company
Estimated Plan Payments

Note: This estimate is only for the purpose of estimating the amount of payment to be made under the First Amended Subchapter V Plan and is not intended to be a contractual liability under the plan. Claims are still subject to adjustment and objection. The totals include rounding discrepancies. This estimate presumes a consensual confirmation. The amount of Trustee Wallo's compensation would increase and the payment to unsecured creditors decrease in the event he serves as disbursement agent under a non-consensual plan.

| Creditor | Payment Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tom Riordan | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 22,326.12 |
| IRS secured | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 4,474.20 |
| IRS priority | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 556.44 |
| DOR priority | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 11,416.92 |
| Rapid Financial Serv | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Sound Garden | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Green Capital | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| City of Mosinee | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| JL Services | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| US Food | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Tom Riordan | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| IRS unsecured | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| DOR unsecured | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| US Bank | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Merrill Distributing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Modern Builders | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Attorney Goyke | $ 898.52 | $ 898.52 | $ 898.52 | $ 898.52 | $ 898.52 | $ 898.52 | $ 898.52 | $ 898.52 | $ 898.52 | $ 898.52 | $ 898.52 | $ 898.52 | $ 10,782.29 |
| Trustee Wallo | $ 89.85 | $ 89.85 | $ 89.85 | $ 89.85 | $ 89.85 | $ 89.85 | $ 89.85 | $ 89.85 | $ 89.85 | $ 89.85 | $ 89.85 | $ 89.85 | $ 1,078.23 |
| Totals year one | $ 4,229.50 | $ 4,229.50 | $ 4,229.50 | $ 4,229.50 | $ 4,229.50 | $ 4,229.50 | $ 4,229.50 | $ 4,229.50 | $ 4,229.50 | $ 4,229.50 | $ 4,229.50 | $ 4,229.50 | |

| Creditor | Payment Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tom Riordan | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 22,326.12 |
| IRS secured | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 4,474.20 |
| IRS priority | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 556.44 |
| DOR priority | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 11,416.92 |
| Rapid Financial Serv | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 133.94 | $ 148.11 | $ 148.11 | $ 148.11 | $ 578.27 |
| Sound Garden | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Green Capital | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| City of Mosinee | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 132.50 | $ 146.52 | $ 146.52 | $ 146.52 | $ 572.06 |
| JL Services | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 54.33 | $ 60.08 | $ 60.08 | $ 60.08 | $ 234.57 |
| US Food | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 201.68 | $ 223.02 | $ 223.02 | $ 223.02 | $ 870.74 |
| Tom Riordan | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 767.76 | $ 849.00 | $ 849.00 | $ 849.00 | $ 3,314.77 |
| IRS unsecured | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6.73 | $ 7.45 | $ 7.45 | $ 7.45 | $ 29.07 |

| Creditor | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOR unsecured | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.47 | $ 1.62 | $ 1.62 | $ 1.62 | $ 6.34 |
| US Bank | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 33.01 | $ 36.51 | $ 36.51 | $ 36.51 | $ 142.53 |
| Merrill Distributing | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 43.98 | $ 48.64 | $ 48.64 | $ 48.64 | $ 189.89 |
| Modern Builders | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Attorney Goyke | $ 1,368.85 | $ 1,368.85 | $ 1,368.85 | $ 1,368.85 | $ 1,368.85 | $ 1,368.85 | $ 1,368.85 | $ 1,368.85 | $ 132.31 | $ - | $ - | $ - | $ 11,083.08 |
| Trustee Wallo | $ 136.88 | $ 136.88 | $ 136.88 | $ 136.88 | $ 136.88 | $ 136.88 | $ 136.88 | $ 136.88 | $ 13.23 | $ - | $ - | $ - | $ 1,108.31 |
| Totals year two | $ 4,752.08 | $ 4,752.08 | $ 4,752.08 | $ 4,752.08 | $ 4,752.08 | $ 4,752.08 | $ 4,752.08 | $ 4,752.08 | $ 4,752.08 | $ 4,752.08 | $ 4,752.08 | $ 4,752.08 | |

| Creditor | Payment | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 | Jan-23 | Feb-23 | Mar-23 | Apr-23 | May-23 | |
| Tom Riordan | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 1,860.51 | $ 22,326.12 |
| IRS secured | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 372.85 | $ 4,474.20 |
| IRS priority | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 46.37 | $ 556.44 |
| DOR priority | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 951.41 | $ 11,416.92 |
| Rapid Financial Serv | $ 202.45 | $ 202.45 | $ 202.45 | $ 202.45 | $ 202.45 | $ 202.45 | $ 202.45 | $ 202.45 | $ 202.45 | $ 202.45 | $ 202.45 | $ 202.45 | $ 2,429.39 |
| Sound Garden | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Green Capital | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| City of Mosinee | $ 200.27 | $ 200.27 | $ 200.27 | $ 200.27 | $ 200.27 | $ 200.27 | $ 200.27 | $ 200.27 | $ 200.27 | $ 200.27 | $ 200.27 | $ 200.27 | $ 2,403.30 |
| JL Services | $ 82.12 | $ 82.12 | $ 82.12 | $ 82.12 | $ 82.12 | $ 82.12 | $ 82.12 | $ 82.12 | $ 82.12 | $ 82.12 | $ 82.12 | $ 82.12 | $ 985.44 |
| US Food | $ 304.84 | $ 304.84 | $ 304.84 | $ 304.84 | $ 304.84 | $ 304.84 | $ 304.84 | $ 304.84 | $ 304.84 | $ 304.84 | $ 304.84 | $ 304.84 | $ 3,658.12 |
| Tom Riordan | $ 1,160.48 | $ 1,160.48 | $ 1,160.48 | $ 1,160.48 | $ 1,160.48 | $ 1,160.48 | $ 1,160.48 | $ 1,160.48 | $ 1,160.48 | $ 1,160.48 | $ 1,160.48 | $ 1,160.48 | $ 13,925.80 |
| IRS unsecured | $ 10.18 | $ 10.18 | $ 10.18 | $ 10.18 | $ 10.18 | $ 10.18 | $ 10.18 | $ 10.18 | $ 10.18 | $ 10.18 | $ 10.18 | $ 10.18 | $ 122.12 |
| DOR unsecured | $ 2.22 | $ 2.22 | $ 2.22 | $ 2.22 | $ 2.22 | $ 2.22 | $ 2.22 | $ 2.22 | $ 2.22 | $ 2.22 | $ 2.22 | $ 2.22 | $ 26.62 |
| US Bank | $ 49.90 | $ 49.90 | $ 49.90 | $ 49.90 | $ 49.90 | $ 49.90 | $ 49.90 | $ 49.90 | $ 49.90 | $ 49.90 | $ 49.90 | $ 49.90 | $ 598.78 |
| Merrill Distributing | $ 66.48 | $ 66.48 | $ 66.48 | $ 66.48 | $ 66.48 | $ 66.48 | $ 66.48 | $ 66.48 | $ 66.48 | $ 66.48 | $ 66.48 | $ 66.48 | $ 797.76 |
| Modern Builders | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Attorney Goyke | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Trustee Wallo | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Totals year three | $ 5,310.08 | $ 5,310.08 | $ 5,310.08 | $ 5,310.08 | $ 5,310.08 | $ 5,310.08 | $ 5,310.08 | $ 5,310.08 | $ 5,310.08 | $ 5,310.08 | $ 5,310.08 | $ 5,310.08 | |