UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In Re:

TWO'S COMPANY RESTAURANT AND LOUNGE, LLC,

Case No. 21-12177-CJF
Chapter 11

Debtor.

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, William E. Wallo, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. A plan was confirmed on September 23, 2022. No plan payments were made to the trustee. According to the debtor the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a), on October 28, 2022, the court ordered compensation of $7,913.41 be awarded to the trustee. These funds have not been paid by the debtor to the trustee as of the date of this report. I hereby certify that the estate of the above-named debtor has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Dated: January 5, 2023.

**BAKKE NORMAN, S.C.**

By: /s/ William E. Wallo
William E. Wallo
Attorney No. 1029646
7 South Dewey Street, Suite 220
Eau Claire, WI 54701
(715) 231-4730
wwallo@bakkenorman.com

*Subchapter V Trustee*