

U.S. DEPARTMENT OF JUSTICE
**Office of the U.S. Trustee**
*780 Regent Street            (608) 264-5522*
*Suite 304*
*Madison, WI  53715*

April 25, 2024

Honorable Chief Judge Catherine J. Furay
United States Bankruptcy Court
120 North Henry Street, Room 340
Madison, WI  53703-2559

      Re:     Request for Status Conference
               *Two's Company Restaurant and Lounge LLC*
               Case No.  1-21-12177

Dear Hon. Chief Judge Furay:

      This letter is to request that a status conference be scheduled on May 13, 2024, in the above case pursuant to Section 105(d)(1) of the Code.

      This subchapter V case was consensually confirmed on September 23, 2022 (Dkt. 208, 209). The debtor received a discharge pursuant to the plan on the Effective Date, October 7, 2022 (Dkt. 218).

      All known professional fee applications have been filed and approved (Dkt. 216, 219-227). The subchapter V trustee, William Wallo, filed his "no distribution report" and request to be discharged on January 5, 2023 (Dkt. 228).

      In August of 2023, the Debtor's bankruptcy attorney, George Goyke, passed away.  Mr. Goyke's firm has informed the U.S. Trustee that they no longer represent the Debtor (per the attached letter).

      Given the status of the case, and that the Debtor is no longer represented by counsel, the United States Trustee believes a status conference is appropriate to allow the Court to determine whether the trustee may be discharged, and the case closed.

                                    Very truly yours,

                                    PATRICK S. LAYNG
                                    United States Trustee

                  BY:     */s/ Mary R. Jensen*
                             MARY R. JENSEN
                             Assistant United States Trustee

cc:     Attorney Corinna Fischer
        Goyke, Tillisch & Fischer, LLP
        2100 Stewart Avenue, Suite 140
        Wausau, WI 54401

cc: continued:

Craig Ziemanski
213 Main Street
Mosinee, WI 54455-1443

Two's Company Restaurant and Lounge LLC
213 Main Street
Mosinee, WI 54455-1443

William Wallo (by ECF)