# GOYKE, TILLISCH & FISCHER, LLP

2100 Stewart Avenue, Suite 140
**WAUSAU, WISCONSIN 54401**
(715) 849-8100 Telephone
(715) 849-8102 Facsimile

GEORGE B. GOYKE (1988-2023)
CAL R. TILLISCH
CORINNA T. FISCHER

corinna@grandlawyers.com

April 24, 2024

Via Email Mary.R.Jensen@usdoj.gov
Trustee Mary Jensen

Re:  Two's Company Restaurant & Lounge, LLC
     Chapter 11 Bankruptcy Case No. 21-12177

Dear Trustee Jensen:

This office received a phone call from you in regard to the above-captioned bankruptcy case.

This law office no longer does any bankruptcy work and ceased all bankruptcy work in 2023.  The bankruptcy lawyer, Attorney Goyke was diagnosed with cancer in April 2023 and died in August 2023.  In spring 2023, "Two's Company" (Craig Ziemanski) was advised of this situation and was advised he would need new legal counsel and could pick up his file.  We note that he never picked up the file.

Again, this law office does not do any bankruptcy work.

Cordially,

GOYKE, TILLISCH & FISCHER, LLP

Corinna T. Fischer
CTF/jlr
cc:    Craig Ziemanski