# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2024, a copy of the United States Trustee's Letter requesting status conference was served via CM/ECF on Trustee William Wallo and via first class mail to:

    Craig Ziemanski
    213 Main Street
    Mosinee, WI 54455-1443

    Two's Company Restaurant and Lounge LLC
    213 Main Street
    Mosinee, WI 54455-1443

    Attorney Corinna Fischer
    Goyke, Tillisch & Fischer, LLP
    2100 Stewart Avenue, Suite 140
    Wausau, WI 54401


                                                  */s/ James C. Dreier, Jr.*
                                                  James C. Dreier, Jr.
                                                  Paralegal Specialist


Office of the United States Trustee
780 Regent Street, Suite 304
Madison, Wisconsin 53715
(608) 264-5522