| 01:40 PM | 1-21-12177-cjf | Two's Company Restaurant & Lounge, LLC |
|---|---|---|
| | Ch 11 | |
| | Trustee: Wallo | |

**Moving:** Mary R. Jensen    608-264-5522    for U.S. Trustee's Office

**Opposing**
**Debtor or Plaintiff Attorney:** George B. Goyke    (715) 849-8100    for Two's Company Restaura Lounge, LLC
*D Krekeler*

**Matter:** Status Hearing on Closure of Chapter 11 case (Doc # 229)

**Judge Hearing**
U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN

COURT PROCEEDING MEMO

OUTCOME:
Granted  Denied  Sustained  Overruled  Allowed  Disallowed  Approved  Withdrawn  Settled  Under Advisement

Debtor shall do the following by:_____ (Date) ____ or the case will be dismissed.
____ Bring current, inc.: _____ ____ Info to Trustee
Other: _____ ____ Amend plan   ____ Amend budget

Plan Confirmed, order to be submitted by:  CH 13 TR   CH 12 ATTY   CH 11 ATTY

SCHEDULE:
Adj. to _____ at _____. Location: Telephone OR Zoom | Madison OR Eau Claire

Other: _____ .

____ Final/Evidentiary Hearing. Parties agree that _____ [hours / day(s)] will be sufficient to hear the matter.
____ Issue Standard Pre-Hearing Order
____ Other: _____
____ Briefing Schedule Set:  Movant's Brief _____ Response Brief _____ Reply Brief _____
____ Other Schedule: _____

ORDER:
____ Order to be submitted by: _____ | the Court
____ Order at docket no. _____ to be signed
_X_ ORDER: For the reasons stated from the bench, *an application for final decree shall be filed on or before 6/12/24*

IT IS SO ORDERED:

*/s/ Catherine J. Furay*
Catherine J. Furay
U.S. Bankruptcy Judge

____ cc: Debtor(s)
____ cc: _____