**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: June 17, 2024**

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

In re:

TWO'S COMPANY RESTAURANT
& LOUNGE, LLC,

Debtor.

Case No. 21-12177-cjf
Chapter 11, Subchapter V

**FINAL DECREE FOR REORGANIZED DEBTOR, TWO'S COMPANY RESTAURANT & LOUNGE, LLC, AND ORDER OF SUBSTANITAL CONSUMMATION**

On September 23, 2022, the Court entered an Order Confirming Reorganized Debtor's First Amended Plan of Reorganization Dated April 29, 2022 ("Plan") [Docket No. 207]; and upon consideration of the Reorganized Debtor's Motion for an Order Entering a Final Decree filed with the Court on June 12, 2024, declaring the Plan substantially consummated, and of the record herein; and said Motion having been given to those entitled to notice; and no objection having been filed by any party in interest;

**NOW, THEREFORE,** upon the Debtor's Motion, the Court finds as follows:

1. The transfer or other disposition of all or substantially all the property dealt with by the Plan pursuant to the provisions of said Plan has occurred.

2. The Reorganized Debtor has assumed the management of all or substantially all the property dealt with in and pursuant to the Plan.

3. The Reorganized Debtor commenced payments to creditors in accordance with the Plan.

4. The Plan was a consensual Plan.

Upon the foregoing findings, **IT IS HEREBY ORDERED,**

    A. The Plan has been substantially consummated;

    B. That the provisions of the Plan are and continue to be binding upon the Reorganized Debtor, its creditors, and any other interested party, whether such claim or interest was impaired by the Plan and whether such creditor, holder or interested party accepted the Plan;

    C. That the Subchapter V Trustee be discharged in this case;

    D. That the above-entitled action is hereby closed;

###